Nos. 633 and 634. LAYTON *v.* THAYNE. December 11, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Elmer McClain, J. D. Skeen,* and *E. J. Skeen* for petitioner.

No. 635. DECKER ET AL. *v.* FEDERAL TRADE COMMISSION. December 11, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Harry S. Hall, Josephus C. Trimble,* and *Paul A. Blair* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Berge* for respondent.

No. 644. PACMAN *v.* UNITED STATES. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mario Joseph Pacman, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *William Strong* for the United States.

No. 652. CARR, TRUSTEE IN BANKRUPTCY, *v.* BELL, SUPERINTENDENT OF BANKS. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioner. *Mr. Edward Feldman* for respondent.

No. 681. WESTERN MESA OIL CORP. ET AL. *v.* EDLOU COMPANY ET AL. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Raphael Dechter* for petitioners. *Mr. Don G. Bowker* for respondents.